# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 07, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Juan Antonio Mendoza (1970/Mexico)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:22-mj-2146-1<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____November 6, 2022_____ in the county of _____Hidalgo_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 8 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 8 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Jongwoo Chung

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: November 6, 2022 at 6:57 a.m.

City and state: McAllen, Texas

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

# Attachment "A"

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On November 6, 2022, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Donna Port of Entry (POE) in Donna, Texas. CBP Officers (CBPOs) detained Juan Antonio Mendoza ("MENDOZA"), a citizen of Mexico and legal permanent resident, while attempting to enter the U.S. with approximately eight (8) kilograms of cocaine concealed within two vehicle batteries located in the vehicle MENDOZA was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from MENDOZA. MENDOZA stated he was celebrating All Saints Day in Rio Bravo, Tamaulipas, Mexico and was returning to his residence in Alamo, Texas. CBPOs referred MENDOZA and the vehicle to secondary inspection for further inspection. When MENDOZA was told to go to secondary inspection, he stated it was probably because of the vehicle batteries in the back seat. MENDOZA stated he keeps the batteries in the back seat because of batteries previously being stolen.

3. A physical search of the vehicle was conducted, two (2) large vehicle batteries were discovered in the rear seat area of the vehicle. The batteries were inspected and eight (8) tape and cellophane wrapped packages, weighing approximately eight (8) kilograms, were discovered concealed within the batteries. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of cocaine.

4. HSI Special Agents (SA) responded to the Donna POE to assist in the investigation. The HSI SAs interviewed MENDOZA, who stated he lives in Mexico and does not have a residence in the United States, contradicting his statement to the primary CBPO. MENDOZA stated when he comes to the United States, he stays in hotels. MENDOZA stated he was coming into the United States to work painting a house the following day. MENDOZA stated he was going to stay at a friend's residence overnight in Alamo, Texas, although MENDOZA did not know the name, address or telephone number for the friend.

5. A search of MENDOZA's cellular telephone revealed numerous text messages discussing MENDOZA transporting two (2) or three (3) items to Dallas, Texas for payment, as well as being paid a percentage of the currency he brought back to Mexico. The messages coincided with MENDOZA's previous entries into the United States. A check of the CBP X-ray system revealed MENDOZA's vehicle had several batteries within the vehicle on the dates the messages indicated MENDOZA made deliveries. MENDOZA also asked if the battery would make it, and was told the battery would be good for eight (8) hours.