7:22-cr-1921-1

09/13/2024

To: United States District Court Office of the Clerk for the Southern District of Texas.

Dear Sir/Madam:

The present communication is to kindly request information about my Case, my name is JUAN ANTONIO MENDOZA, and my registration number is 30460-510, I had sent a Motion based upon Amendment 821 for a two level downward reduction of my base level offense erlier this year, I would like to kindly request an update of my motion to see the status I will realy appreciate if you can send my an update.

Thank you for your time and attention to my request.



CLERK U.S. DISTRICT COURT
RECEIVED
SEP 20 2024
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

JUAN ANTONIO MENDOZA
Reg. No. 30460-510
F.C.I. Oakdale-2
P.O. Box 5010
Oakdale, LA. 71463

Signature:          -----------------

```
From: Juan Antonio Mendoza
Reg.No. 30460-510
F.C.I. Oakdale-2
P.O.   Box 5010
Oakdale, LA.   71463
```



```
To: United States District Court for the
    Southern District of Texas ( Clerk's Office)
    1701 West Business Hwy 8
    McAllen, Tx. 78501


    78501-519499
```